# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION AT COVINGTON

| | | |
|---|---|---|
| **GRAVITY DIAGNOSTICS, LLC,** | : | Civil Action No.: 2:21-cv-00002 |
| | : | |
| **Plaintiff/Counterclaim Defendant** | : | Judge William Bertelsman |
| | : | Magistrate Judge Candace Smith |
| -v- | : | |
| | : | |
| **LABORATORY BILLING SOLUTIONS, INC.,** | : | |
| | : | |
| **Defendant/Counterclaim Plaintiff** | : | |
| | : | |

## STIPULATION OF DISMISSAL

The Parties, by counsel, stipulate to the dismissal of all claims and counterclaims in this matter, with prejudice, and request that the Court enter an Order of Dismissal, with prejudice, pursuant to Rule 41(A)(2) of the Federal Rules of Civil Procedure, with each party to bear its own fees, costs and expenses in this matter.

/s/ Michael D. Moon, Jr.
Michael D. Moon, Jr. (*pro hac vice*)
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204
T: 317-231-7726, F: 317-231-7433
michael.moon@btlaw.com

*Attorney for Plaintiff/Counterclaim Defendant Gravity Diagnostics, LLC*

/s/ Kimberly A. Herring
Kimberly A. Herring (*pro hac vice*)
Amundsen Davis LLC
150 North Michigan Avenue
Suite 3300
Chicago, Illinois 60601
T: 312-894-3300, F: 312-894-3310
kherring@amundsendavislaw.com

Steven Wade Turnbull  (*pro hac vice*)
Sacks & Sacks, LLP
150 Broadway, 4th Floor
New York, New York 10035
T: 212-964-5570, F: 212-349-2141
wade@sacks-sacks.com

*Attorneys for Defendant/Counterclaim Plaintiff
Laboratory Billing Solutions, Inc.*