**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**

| | | |
|---|---|---|
| **GRAVITY DIAGNOSTICS, LLC,** | : | Civil Action No.: 2:21-cv-00002 |
| Plaintiff/Counterclaim Defendant | : | Judge William Bertelsman |
| | : | Magistrate Judge Candace Smith |
| -v- | : | |
| **LABORATORY BILLING SOLUTIONS, INC.,** | : | |
| Defendant/Counterclaim Plaintiff | : | |

## ORDER OF DISMISSAL

The Parties, by counsel, having filed their Stipulation of Dismissal of all claims and counterclaims in this matter, with prejudice, pursuant to Rule 41(A)(2) of the Federal Rules of Civil Procedure, and the Court being duly advised,

IT IS HEREBY ORDERED that all claims and counterclaims in this matter are dismissed, with prejudice, pursuant to Rule 41(A)(2) of the Federal Rules of Civil Procedure, with each party to bear its own fees, costs and expenses in this matter.



Signed By:
*William O. Bertelsman* WOB
United States District Judge